IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 69.245.252.124

**ISP:** Comcast Cable Communications Management, LLC
**Physical Location:** Darien, IL

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 08/01/2018 23:50:46 | 4F99498549B8B8F3E84D2E48788CDFBA10C3247E | Like The First Time |
| 07/02/2018 00:49:47 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 07/02/2018 00:48:25 | BC1F91AB1FA496D453C80A2534589ED83BC9F579 | Two Gentlemen and A Lady |
| 07/02/2018 00:46:00 | 40C4DBCA9FD987613EA49BB71233369C1172974A | Sunset Love |
| 05/31/2018 23:27:24 | A4B7695E46A9FDCD37505160B8624D8B74BBF384 | Cum For A Ride |
| 05/30/2018 02:54:11 | 34EE2C094ECBB4409656CF376CF45D83459DCDA4 | California Surf Fever |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

NIL938